UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                  Plaintiffs,

v.

ICONIX BRAND GROUP, INC.,

                  Defendant.

2007 Civ. _____ (__)

07 CV 7541

CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
OF PLAINTIFFS BURBERRY LIMITED (UK) and BURBERRY LIMITED (USA)

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiffs certifies that there exists the following parent corporation: BURBERRY GROUP PLC. BURBERRY GROUP PLC is a UK corporation, which is traded on the London Stock exchange.

Dated: New York, New York
       August 24, 2007

                                         Respectfully submitted,

                                         ARNOLD & PORTER LLP

                                         By: _____
                                         Anthony Boccanfuso (AB 5403)
                                         John Maltbie (JM 3658)
                                         399 Park Avenue
                                         New York, New York 10022-4690
                                         (212) 715-1000