UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

        Plaintiffs,

v.

ICONIX BRAND GROUP, INC.,

        Defendant.

2007 Civ. 7541 (LAP)

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Burberry Limited (UK) and Burberry Limited (US) hereby dismiss the above-entitled action, with prejudice, against Defendant Iconix Brand Group, Inc., who has neither answered nor moved for summary judgment in this action. Each party shall bear its own attorneys' fees and costs.

Dated: New York, New York
September 10, 2007

ARNOLD & PORTER LLP

By: _____
Anthony D. Boccanfuso (AB-5403)
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

– and –

Roberta L. Horton
555 Twelfth Street N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

To: Maria A. Scungio
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022