UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED,
    a United Kingdom corporation and

BURBERRY LIMITED,
    a New York corporation,

                Plaintiffs,

v.

ICONIX BRAND GROUP, INC.,

        Defendant.

2007 Civ. 7541(LAP)

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

AFFIDAVIT OF SERVICE

Louis Champagne, being duly sworn, deposes and says: I am over the age of eighteen and not a party to the within action. On the 30th day of August, 2007, at approximately 4:23 p.m., I served the following documents on C.T. Corporation System at 111 Eighth Avenue, New York, NY 10011, Registered Agent for service of process for Iconix Brand Group, Inc.:

    1.      Summons in a Civil Action; and

    2.      Complaint.

Service was accepted by Ms. Sattie Jairam whose title is Process Specialist, and whose physical description is that of a female, approximately 42 years of age, 5' 9" in height and weighing 130 - 135 lbs.

_____
Louis Champagne

KAREN OCASIO
Notary Public, State of New York
No. 01OC6189638
Qualified in Bronx County
Commission Expires December 27, 2009

Sworn to before me on this 14th
day of September, 2007

_____
Karen Ocasio
Notary Public